**Anthony Batek, appellant, v. Harold E. Goodwin, appellee. Gen. No. 30,506.**

Action for assault and battery. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Harry W. McEwen, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and cause remanded. Opinion filed May 5, 1926.

Morton T. Culver, for appellant. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Thomas J. Tobin, appellee, v. H. Archibald Harris, trading as Archibald Harris & Company, appellant. Gen. No. 30,534.**

Action to recover commissions. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 5, 1926.

Louis P. Miller, for appellant. Ivor Jeffreys and Joseph R. Gibson, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Motor Car Securities Corporation, appellant, v. H. B. Logan and G. N. Ringquist, trading as Lake Shore Auto Repair, appellees. Gen. No. 30,549.**

Replevin. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and cause remanded. Opinion filed May 5, 1926.

Edward I. Rothbart and Seymour M. Lewis, for appellant; Wharton Plummer, of counsel. B. M. Shaffner, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**The Citizens National Bank of Bowling Green, Kentucky, appellee, v. Alvin E. Bear, appellant. Gen. No. 30,604.**

Action upon promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 5, 1926.

Greatman & Markus, for appellant. Cheney, Evans & Peterson, for appellee; Eugene E. Dornbaugh, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.